**Order filed August 5, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-17-00207-CV**

_____

**LANDRY'S, INC. AND HOUSTON AQUARIUM, INC., Appellants**

**V.**

**ANIMAL LEGAL DEFENSE FUND, CARNEY ANNE NASSER, AND CHERYL CONLEY, Appellees**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-79698**

---

## ORDER

This case has been remanded to our court from the Supreme Court of Texas. Appellants filed a motion requesting leave to file supplemental briefing addressing the issues that remain pending before this court following the Supreme Court of Texas's opinion affirming and reversing this court's judgment in part and remanding this cause to our court for further proceedings consistent with the Supreme Court's opinion. We grant appellants' motion and order supplemental briefing due by the following dates:

**Appellants' Brief** is due September 7, 2021;

**Appellees Response Brief** is due: 30 days from the date appellants' brief is

filed;

**Appellants' Reply Brief**, if any, is due: 20 days from the date appellees' response brief is filed.

All briefs shall comply with the length requirements of briefs provided for in the Texas Rules of Appellate Procedure.



PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Jewell and Poissant.